**Order filed, July 18, 2016.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00524-CV

_____

## RONALD SCOTT CATT, Appellant

## V.

## CHRISTOPHER DELOZIER AND CLIFFORD J. VACEK, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 16-DCV-229074**

## ORDER

The reporter's record in this case was due **May 27, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Mindy Hall**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM